UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __23-8516-BER__

UNITED STATES OF AMERICA

v.

EDDIE LARRY HOLLAND III,

        **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes ✓ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ___ Yes  X  No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: _____
DANIEL. E. FUNK
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.     0592501
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:      (305) 905-7509
Fax:      (561) 820-8777
Email:    daniel.funk@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 23-8516-BER |
| EDDIE LARRY HOLLAND III, | ) |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 27, 2023__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of an unregistered machinegun |

FILED BY ___TM___ D.C.

Oct 17, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Kevin Drummond*
Complainant's signature

KEVIN W. DRUMMOND, ATF TFO
Printed name and title

Subscribed and sworn to by FaceTime/Telephone pursuant to Fed. R. Crim. P. 4.1 and 4(d) this ____ day of October 2023, in West Palm Beach, Florida.

Bruce E Reinhart
Digitally signed by Bruce E Reinhart
Date: 2023.10.17 13:40:52 -04'00'

Date: _____

Judge's signature

City and state:   West Palm Beach, FL          BRUCE E. REINHART, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Kevin W. Drummond, being first duly sworn, does hereby depose and state as follows:

## INTRODUCTION

1. Your affiant, Kevin W. Drummond, is a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and has served in that capacity since November 2017. Your affiant is also a duly sworn Deputy Sheriff in and for Palm Beach County, Florida. In total, your affiant has approximately 20 years of law enforcement experience. As a Task Force Officer with ATF, your affiant's duties and responsibilities include conducting criminal investigations of individuals that have violated federal laws, particularly laws contained in Titles 18 and 26, of the United States Code.

2. Your affiant submits this affidavit in support of a criminal complaint charging **Eddie Larry HOLLAND III (**hereinafter "HOLLAND"**),** with violating federal law, that is, Title 26, United States Code, Section 5861(d) (possession of an unregistered machinegun).

3. The facts contained in this Affidavit come from my personal knowledge, training, and experience, as well as information obtained during my investigation from other members of law enforcement and witnesses to these criminal violations. Because this affidavit is submitted for the limited purpose of obtaining a criminal complaint, it does not contain all the facts known to me about the investigation, but rather, those facts that I submit establish probable cause of the offense listed herein.

## PROBABLE CAUSE

4. On June 27, 2023, at approximately 1:00 p.m. Detective Kelly was conducting surveillance of 542 SE 2nd St, Belle Glade, Florida 33430 from an undisclosed location in reference to apprehending D.K. for an active felony warrant.

5. Detective Kelly observed Eddie HOLLAND exit the residence. As HOLLAND exited and began walking towards the driveway, he was observed holding the front of his waistband as if he was preventing an object from falling out. D.K. and D.W. were then observed exiting the residence shortly after HOLLAND. All three subjects got into a white 2020 Nissan Rogue which was parked in the driveway of the residence. D.W. entered the driver's seat, D.K. entered the front passenger seat, and HOLLAND entered the rear right passenger seat behind D.K.

6. A traffic stop was conducted by PBSO K9 Deputy Hernandez based on the active felony warrant for D.K.

7. As D.K. was being taken into custody from the vehicle by Agent Smith, clear plastic bags containing a white rock like substance, appearing to be molly, were observed in plain view in the front passenger side door compartment where D.K. was sitting. Due to the substance being observed in plain view and the odor of marijuana emanating from the interior of the vehicle, a vehicle search was conducted by Detective Kelly and Detective Rosado.

8. A black semi-automatic firearm (Glock 23, .40 caliber, Serial# MRD568) was discovered after unsnapping the rear panel of the center console that faces the back seat to the left of where HOLLAND was sitting. The letters "PBSO" and the Palm Beach County Sheriff's Office five (5) pointed star were imprinted on the slide of the firearm. There was also a "Glock Switch" attached to the rear portion of the slide. Detective Kelly knew from his training and experience that a "Glock Switch" is a device that can be made of metal or plastic, installed onto the rear portion of the slide of a Glock pistol to convert it from semi-automatic fire to fully automatic, thus making the pistol into a machine gun. The "Glock Switch" can also be referred to as a machine gun conversion device (MGCD) since it does convert an otherwise semi-automatic firearm to fully automatic.

9. While searching in between the back seat and the trunk, behind and to the left of where HOLLAND was sitting, detectives located an extended magazine containing an unknown number of .40 caliber rounds. It should be noted that the 2020 white Nissan Rogue is an SUV, and the trunk is accessible from the back seat.

10. Detectives seized a blue Motorola cell phone (IMEI# 351640115028860), and a dark blue Apple I phone with a black case (IMEI# 352408230697715) belonging to HOLLAND.

11. D.W., HOLLAND, and D.K. all denied ownership of the firearm, magazine, ammunition, and the illegal drugs located inside of the white 2020 Nissan Rouge.

12. Detective Kelly authored state DNA search warrants for the collection of DNA from D.W., D.K., and HOLLAND, for comparison to the items located in the vehicle. The warrants were reviewed, approved, and signed by the Honorable Judge Ashley Zuckerman of the Florida 15th Judicial Circuit. A swab of DNA was taken from HOLLAND's inner cheek and placed into evidence.

13. Detectives determined that the firearm belonged to a retired Palm Beach County Sheriff's Office Deputy. Contact was made with the retired Deputy who advised that he reported the firearm had been stolen from his vehicle within the City of Belle Glade on December 9, 2022.

14. Detective Kelly obtained state cellular extraction search warrants for HOLLAND's blue Motorola cell phone (IMEI# 351640115028860), and dark blue Apple I phone with a black case (IMEI# 352408230697715). During the review of the extractions, Detective Kelly located information related to Glock switches in the communications between HOLLAND and another individual. The communications started through Facebook direct messages and then continued through actual text messages between HOLLAND and the other individual. Through investigative means, Detective Kelly was able to identify the other individual as A.B.

15. The first conversation is through Facebook and is between a profile name of, "Eddy Kain" and profile name "Ncaa YB". It should be noted the profile name, "Eddy Kain" is the profile belonging to HOLLAND and the profile name, "Ncaa YB" is the profile belonging to A.B. The following is what Detective Kelly observed in this communication, which begins on June 6, 2023, at approximately 1:55 am:

**Eddy Kain**: Yoo

**Ncaa YB**: Y'all boys dnt need no fie b4 I kum dat way (Detective Kelly knew through his training and experience A.B. is referencing firearms in this statement when he refers to, "fie". Detective Kelly knows, "fie" is common street terminology utilized to identify firearms. Individuals utilize this reference in an effort to evade detection from law enforcement related to illegal firearms sales and purchases).

**Eddy Kain**: Yeen got nomo (HOLLAND is saying A.B. doesn't have anymore firearms in this text).

**Ncaa YB**: Shid I kan get just gotta send the cheese (A.B. is saying he can get firearms, he just needs the money (Cheese)).

**Eddy Kain**: I got drake for some wit 1 on it (HOLLAND is advising he has a draco (drake) a type of pistol/rifle).

**Ncaa YB**: Shid I kan make sun calls n see

**Ncaa YB**: Might just give you my 19x wit the binary trigger (A.B. is talking about a Glock 19x handgun (19x). Detective Kelly and your affiant know when A.B. talks about the binary trigger, he is referencing a trigger that has been deemed to convert a firearm into fully automatic. Detective Kelly and your affiant know these binary triggers have been outlawed without the proper paperwork by ATF).

**Eddy Kain**: I call dat

**Ncaa YB**: Fasho ima see wassup wen I touch dwn

**Ncaa YB**: U know sumbody want dis bih ghost (Your affiant knows A.B. is referring to a ghost gun in this communication).

**Eddy Kain**: Wat yo numba in lik textn on hea (HOLLAND is asking A.B. for his phone number because he doesn't want to continue to communicate on the

Facebook messenger application). (Thereafter A.B. provided HOLLAND with his phone number.)

16.   In the cell phone extraction there is communication between the phone belonging to HOLLAND and the number of 561-449-3613 (A.B.'s number). The following is a communication related to the sale/purchase of firearms or Glock switches:

**6/6/23 2:06 a.m. HOLLAND**: Aye send me dat video when u was hittn the switch (Your affiant as well as Detective Kelly know HOLLAND is referring to a Glock switch and it appears he is referencing a video of A.B. shooting a Glock with a switch on it).

**6/6/23 2:07 a.m. HOLLAND**: Send me dat pic of that glock some bdy wanna see

**6/6/23 2:08 a.m.** (A.B. sends a picture of what appears to be a Glock type handgun.)

**6/6/23 2:09 a.m. HOLLAND**: Hm (HOLLAND is asking how much)

**6/6/23 2:09 a.m. A.B.**: 5 (Your affiant as well as Detective Kelly believes this is A.B. saying 5 hundred for the Glock in the picture)

**6/6/23 2:098 a.m. A.B.**: No serial numbers no nun on it I built dat bih (Your affiant and Detective Kelly know based on our training, experience, and knowledge, A.B. is referring to what is typically called a ghost gun.  These are firearms that are homemade firearms and they do not contain serial numbers.  These types of firearms are becoming very prevalent as there is no way to trace or track these firearms due to there being no serial number on them).

**6/6/23 2:10 a.m. HOLLAND**: 19? (Your affiant and Detective Kelly know HOLLAND is asking if this firearm is a Glock model 19).

**6/6/23 2:11 a.m. A.B.**: Yea.

**6/6/23 2:11 a.m. A.B.**: I'll give u dat bih wit the 40 round kriss vector klip for da drake (A.B. is referring to a 40 round magazine for the draco firearm HOLLAND talked about previously in another conversation between the two).

**6/6/23 2:13 a.m. HOLLAND**: Dat wat we got ona g 30 im tryna get dat switch or binary u kno bitches got some shit nowadays we tryna get right (HOLLAND is referring to having the kriss vector clip on a Glock 30.  HOLLAND is also talking about needing a Glock switch or a binary trigger, both of which your affiant spoke about previously.  Both the Glock switch and the binary trigger can make a firearm fully automatic. This proves HOLLAND knows what he is talking about related to the Glock switch and the fact that it can make a firearm fully automatic).

17. It should be noted that Detective Kelly had prior knowledge that HOLLAND raps and goes by the name of Eddy Kain or Reyo. While reviewing the cellular phone extraction, Detective Kelly located rap lyrics that were typed in the Notes application of HOLLAND's cell phone. The following note located on the phone was created on 06/04/2023 at 12:42 p.m.:

> Dis 23 prolly stolen ion kno anit get it from the store
> Dis hlizzy on me stolen dis bih say pbso

18. "Hlizzy" in the note appears to be a typo. Your affiant and Detective Kelly know from training and experience that the word "Glizzy" is a slang term for Glock. Your affiant further believes HOLLAND is referencing the "PBSO" that is engraved on the firearm recovered during the traffic stop.

19. The following note located on the phone was created on 06/18/2023 at 9:45 p.m.:

> Switch attach
> Nd dis a 2 3 not a nine
> A gen4 bro gotta 5
> If dey slip wont let it slide We just gone slide
> Den Kreep up from behind
> Im tryna read a nigga mind
> Tell kutt to come out side
> U anit gone kutt stp allat lien
> Yo brudda duckin wit dat iron
> On every scene flip dat ride
> Snowman a bitch known for hidin
> So they bring it to his house
> If u pusy we gone rob u put the glizzy in his mouf
> Switch make me mad asf its shootin fast one tap nd its out
> Fuk her one time den im out get that mouf nd get in route
> Member dey hit up beezy house but dey anit kill shit but a couch

20. Your affiant believes that within these lyrics, HOLLAND is referring to the Glock with the PBSO insignia seized by Detective Kelly from the Nissan Rogue on June 27, 2023. Your

affiant believes this based on the notes saying, "Dis hlizzy on me stolen dis bih say pbso." Your affiant believes HOLLAND is referencing the "PBSO" insignia engraved on the slide of the firearm. HOLLAND also describes how a Glock Switch works where the note says, "Switch make me mad asf its shootin fast one tap." The reference to "one tap" is the fact that you only need to pull the trigger one time for the firearm to shoot more than one round.

21. On July 6, 2023, Detective Barborini test fired the Glock 23, .40 caliber, Serial# MRD568 with the "Glock Switch" attached and determined that the firearm and the "Glock Switch" were fully functional. The "Glock Switch" did in fact work as a machinegun conversion device (MGCD), meaning the firearm function was consistent with a machinegun, by expelling more than one projectile with a single function of the trigger. The "Glock Switch" was designed and intended for use in converting a weapon into a machinegun, and therefore was a "machinegun" as defined in 26 U.S.C. § 5845(b).

22. On September 25, 2023, Detective Kelly received DNA comparison results from DNA Labs International. The DNA Comparison results revealed that HOLLAND's DNA was on the frame/slide of the black semi-automatic firearm (Glock 23, .40 caliber, Serial# MRD568) and the Glock Switch that was attached to the firearm. The following are the results for this comparison: **Swabs taken from the Frame/Slide:** The DNA profile obtained from this item is approximately 9.3 thousand times more probable if the sample originated from Eddie HOLLAND and three unknown persons than if it originated from four unknown persons. This analysis provides moderate support for the proposition that Eddie HOLLAND is a contributor to the DNA profile obtained from the sample; **Swabs taken from the Glock Switch:** The DNA profile obtained from this item is approximately 140 million times more probable if the sample originated from Eddie HOLLAND and two unknown persons than if it originated from three unknown persons. This

analysis provides very strong support for the proposition that Eddie HOLLAND is a contributor to the DNA profile obtained from the sample.

23.   An agent with ATF confirmed that the Glock Switch located on the Glock 23, .40 caliber, Serial# MRD568, is not registered in the National Firearms Act Registration and Transfer Record and that HOLLAND has no NFA weapons registered in his name.

## CONCLUSION

WHEREFORE, based on the facts and circumstances set forth above, your affiant respectfully submits that probable cause exists to charge defendant Eddie Larry HOLLAND with Title 26, United States Code, Section 5861(d) (possession of an unregistered machinegun).

FURTHER YOUR AFFIANT SAITH NAUGHT

*Kevin Drummond*
_____
Kevin W. Drummond
Task Force Officer, ATF

Sworn to and subscribed before me this
___ day of October 2023, by Telephone
(Facetime) per Fed. R. Crim. P.4(d) and 4.1

Bruce E Reinhart
Digitally signed by Bruce E Reinhart
Date: 2023.10.17 13:40:19 -04'00'
_____
HON. BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   EDDIE LARRY HOLLAND III

**Case No**:   23-8516-BER

**Count 1:**

Possession of an Unregistered Machinegun

26 U.S.C. § 5861(d)

* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment:** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000.00
* **Special Assessment:** $100.00

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.